UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEVIN FISCHER,<br><br>              Plaintiff,<br><br>     v.<br><br>DONALD TRUMP,<br><br>              Defendant . | CASE NO. C20-0274-RSL<br><br>REPORT AND RECOMMENDATION |

Plaintiff Kevin Fischer, appearing pro se, submits an application to proceed *in forma pauperis* (IFP) and a proposed civil complaint naming Donald Trump as defendant. (Dkt. 1.) In a two-page letter, plaintiff explains his desire to "file a civil suit against Present Donald John Trump for 25 million United States dollars because he has done nothing to lower the national debt" since taking office, and to "ask him to offer his job through executive order because he is doing a terrible job." (Dkt. 1-1 at 1.) He explains various steps he would take if offered the position of President.

Rule 8(a) of the Federal Rules of Civil Procedure provides that in order for a pleading to state a claim for relief it must contain a short and plain statement of the grounds for the court's jurisdiction, a short and plain statement of the claim showing the pleader is entitled to relief, and a demand for the relief sought. The statement of the claim must be sufficient to "give the defendant fair notice of what the plaintiff's claim is and the grounds upon which it rests." *Conley v. Gibson*,

REPORT AND RECOMMENDATION
PAGE - 1

355 U.S. 41, 47 (1957). The factual allegations of a complaint must be "enough to raise a right to relief above the speculative level." *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555 (2007). A complaint must also allege facts to state a claim for relief that is plausible on its face. *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009).

Pursuant to 28 U.S.C. § 1915(e)(2)(B), this Court may deny an application to proceed IFP and should dismiss a complaint if it is frivolous or fails to state a claim upon which relief may be granted. An action is frivolous if "it lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989).

Plaintiff here identifies his complaint as based on his First and Fourteenth Amendment rights (*see* Dkt. 1-2), but does not provide any explanation as to how those rights have been violated. Plaintiff's proposed complaint fails to allege sufficient facts to place defendant on notice of the nature of plaintiff's claims or to otherwise provide any basis for this Court's jurisdiction. *See* Fed. R. Civ. P. 8(a). Considering plaintiff's submissions, there is no reasonable basis for concluding the deficiencies in the proposed complaint could be cured by amendment. Further, given that this action appears frivolous and fails to state a claim upon which relief may be granted, it is subject to dismissal under 28 U.S.C. § 1915(e)(2)(B).

Because of the deficiencies in the proposed complaint, the request to proceed IFP should be DENIED and this case DISMISSED. A proposed order of dismissal accompanies this Report and Recommendation.

## DEADLINE FOR OBJECTIONS

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect

your right to appeal.  Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed.  Responses to objections may be filed within **fourteen (14) days** after service of objections.  If no timely objections are filed, the matter will be ready for consideration by the District Judge on **March 20, 2020**.

DATED this 26th day of February, 2020.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 3