UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEVIN FISCHER,<br><br>        Plaintiff,<br><br>     v.<br><br>DONALD TRUMP,<br><br>        Defendant. | NO. C20-0274RSL<br><br>ORDER EXTENDING TIME TO RESPOND |

This matter comes before the Court on plaintiff's request for an extension of time in which to file objections to the Report and Recommendation issued by the Honorable Mary Alice Theiler, United States Magistrate Judge. The request is GRANTED. The Clerk of Court is directed to renote the Report and Recommendation on the Court's calendar for Friday, April 3, 2020. Objections to the Report and Recommendation are due on or before Wednesday, April 1, 2020.

Dated this 18th day of March, 2020.

Robert S. Lasnik
United States District Judge

ORDER EXTENDING TIME TO RESPOND - 1