UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEVIN FISCHER,

        Plaintiff,

v.

DONALD TRUMP,

        Defendant.

CASE NO. C20-0274-RSL

ORDER DENYING IN FORMA PAUPERIS REQUEST AND DISMISSING CASE

The Court, having reviewed plaintiff's application to proceed *in forma pauperis* (IFP), the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's IFP application is DENIED;

(3) Pursuant to 28 U.S.C. § 1915(e)(2)(B), this case is DISMISSED with prejudice as frivolous and failing to state a claim upon which relief may be granted; and

(4) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

Dated this 10th day of April, 2020.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge